UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA SOUTHERN DIVISION

NO. 7:16-CR-11-D

| UNTITED STATES | ) | |
|---|---|---|
| v. | ) | |
| | ) | ORDER |
| | ) | |
| PERFECTO RUANO | ) | |

THIS MATTER COMING before the Court on the Defendant's amended motion to continue arraignment and motion to convert arraignment to a status hearing, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

WHEREFORE, IT IS ORDERED that the arraignment scheduled on from April 20, 2016 to be converted to a status hearing to be held on April 20, 2016.

SO ORDERED

This the 14 day of April 2016.

_____
Honorable James C. Dever
Chief District Judge