IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:16-CR-11-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| | ) | GRANTING MOTION FOR |
| v. | ) | RELEASE OF SEALED FILINGS |
| | ) | |
| | ) | |
| PERFECTO RUANO | ) | |

This matter comes before the Court on Defendant Perfect Ruano's

unopposed motion for release of sealed filings. Having considered the motion, the

Court finds that the motion should be GRANTED. The sealed filings in the

above-captioned matter shall be released to Paul K. Sun, Jr.

IT IS SO ORDERED.

This the **31** day of **July**, 2017.

_____
James C. Dever III
Chief United States District Judge