## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Perfecto Ruano**                                      **Docket No. 7:16-CR-11-2D**

### Petition for Action on Supervised Release

COMES NOW Ryan T. Walker, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Perfecto Ruano, who, upon an earlier plea of guilty to Conspiracy to Commit Offenses Against the United States, to wit, Mail Fraud 18 U.S.C. § 371, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 15, 2016, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Perfecto Ruano was released from custody on January 27, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 28, 2021, the undersigned probation officer met with the defendant at the office. During this meeting, the defendant expressed that he had COVID a few months ago and it caused a pulmonary embolism. In addition, he expressed he is having cataracts surgery in both eyes beginning in May 2021, and his recovery is set for June 2021. The defendant informed the undersigned probation officer that he cannot work at this time and is unable to make the court ordered $400 payments each month. The defendant made $400 payments each month up until November 2020. The undersigned probation officer informed the defendant that the U.S. Probation Office would recommend reducing his monthly payments from $400 a month to $250 a month beginning in July 2021. Therefore, it is respectfully recommended that the defendant's term of supervised release be modified to allow him the opportunity to pay $250 each month, and that supervision be permitted to continue.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall pay installments of $250 per month beginning July 2021. The probation officer shall continue to monitor the defendant's ability to pay and shall notify the court of any needed modification of the payment schedule.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Ryan T. Walker<br>Ryan T. Walker<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2030<br>Executed On: May 5, 2021 |

Perfecto Ruano
Docket No. 7:16-CR-11-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 6 day of May, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge